IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GEORGE BENNETT, ) | |
| ) | |
| Petitioner, ) | |
| ) | 1:05CV00128 |
| v. ) | 6:94CR189-2 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## J-U-D-G-M-E-N-T

On February 16, 2005, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636(b). No objections were received by the court within the time prescribed by the statute.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS HEREBY ORDERED AND ADJUDGED** that Petitioner's "petition motion to amend proceeding" [Pleading No. 228] be construed as a motion to vacate, set aside or correct sentence, and that the motion to vacate be dismissed without prejudice for failure to obtain certification for this § 2255 application by filing a Motion for Authorization in the court of appeals.

_____
United States District Judge

Date: April 19, 2005